# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JIM WALTER RESOURCES, INC.; TONY KEY, and TRENT THRASHER, individuals, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No.: CV-08-P-0027-S<br>) |
| SECRETARY OF LABOR; MINE SAFETY AND HEALTH ADMINISTRATION, | )<br>)<br>)<br>) |
| Defendants. | ) |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41

Come now plaintiffs Jim Walter Resources, Inc., Tony Key, and Trent Thrasher, through counsel, and hereby dismiss without prejudice this action, pursuant to Rule 41(a)(1)(i) of the Federal Rules for Civil Procedure.

        Respectfully submitted,

        *s/ David M. Smith*
        David M. Smith, Esq.
        Kevin W. Patton, Esq.
        John B. Holmes, III, Esq.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue
Birmingham, Alabama  35203-2618
Telephone:   205.254.1000
Facsimile:    205.254.1999

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 28, 2008, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Secretary of Labor
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, N.W.
Washington, DC 20210

Mine Safety and Health Administration
1100 Wilson Boulevard
Arlington, VA 22209-3939

                                      *s/ David M. Smith*
                                      OF COUNSEL