# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JIM WALTER RESOURCES, INC.;** | } | |
| **TONY KEY; TRENT THRASHER,** | } | |
| | } | |
| Plaintiffs, | } | |
| | } | |
| v. | } | Case No.:  2:08-CV-27-RDP |
| | } | |
| **SECRETARY OF LABOR; MINE** | } | |
| **SAFETY AND HEALTH** | } | |
| **ADMINISTRATION,** | } | |
| | } | |
| Defendants. | } | |

## ORDER OF DISMISSAL

This case is before the court on Plaintiffs' Notice of Voluntary Dismissal Without Prejudice Pursuant to Rule 41 (Doc. #6) filed February 28, 2008.  The motion is **GRANTED**.  The court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITHOUT PREJUDICE**.  Costs are taxed as paid.

**DONE** and **ORDERED** this ___29th___ day of February, 2008.

                                                               **R. DAVID PROCTOR**
                                                               UNITED STATES DISTRICT JUDGE